```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ROY JIMINEZ,
                                                                          JUDGMENT
                    Plaintiff,                                            CV-13-7221 (SJF)(GRB)

          - against -                                                     **FILED**
                                                                          **CLERK**
BANK OF AMERICA, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., ALL PERSONS                                   6/18/2014 4:46 pm
UNKNOWN, CLAIMING ANY LEGAL OR
EQUITABLE RIGHT, TITLE ESTATE, LIEN, OR                                   **U.S. DISTRICT COURT**
INTEREST IN THE PROPERTY DESCRIBED IN THE                                 **EASTERN DISTRICT OF NEW YORK**
COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR                                **LONG ISLAND OFFICE**
ANY CLOUD ON PLAINTIFF, and DOES 1-20,
Inclusive,

                    Defendants.
----------------------------------------------------------------------X
```

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 17, 2014, accepting in its entirety the May 15, 2014 Report and Recommendation of Magistrate Judge Gary R. Brown, dismissing this action in its entirety with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and to comply with orders of the court, directing the Clerk of Court to enter judgment against the plaintiff and to close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that this case is dismissed in its entirety with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and to comply with orders of the court; that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
       June 18, 2014

                                                        DOUGLAS C. PALMER
                                                        CLERK OF THE COURT

                                              By:       /s/ Catherine Vukovich
                                                        Deputy Clerk